SO ORDERED: December 27, 2018.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

S000300 (rev 12/2017)

In re:

**Robert G. Loretz**,
**Ammie J Loretz**,
       Debtors.

Case No. **16–90894–BHL–13**

## ORDER SETTING HEARING

A Motion to Set Hearing on Motion to Compromise and/or Settle was filed on December 27, 2018, by Trustee Joseph M. Black Jr.

    Hearing on Trustee's Motion to Compromise and/or Settle under
    Fed.R.Bankr.P. 9019

**IT IS ORDERED** that the Motion to Set Hearing on Motion to Compromise and/or Settle is **GRANTED** and that a hearing will be held as follows:

    Date:  January 29, 2019
    Time:  02:30 PM EST
    Place:  Rm. 103 Federal Building
           121 W. Spring St.
           New Albany, IN 47150

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

The trustee must distribute this order.

###