**SO ORDERED: January 18, 2019.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:      ROBERT G. LORETZ
            AMMIE J. LORETZ

                              CASE NO. 16-90894-BHL-13

            DEBTORS
_____

ORDER APPROVING ATTORNEY'S FEE AND EXPENSES
IN PERSONAL INJURY SETTLEMENT
_____

        This matter comes before the Court on Trustee's Application for Order

Approving Attorney's Fee and Expenses in Personal Injury Settlement (Doc. 67),

which Application requests an Order approving the attorney's fee and expenses

incurred in the resolution of the personal injury claim of the Debtor, Ammie J.

Loretz ("Ms. Loretz"), as outlined in the Trustee's Application.

        IT IS ORDERED that:

        Scott A. Faultless of Craig, Kelley & Faultless, LLC, as special counsel for

Ms. Loretz, shall recover the sum of $8,880.00 from the gross recovery for his

attorney's fee incurred in the representation of Ms. Loretz on her personal injury claim.

IT IS FURTHER ORDERED that:

Scott A. Faultless of Craig, Kelley & Faultless, LLC, as special counsel for Ms. Loretz, shall recover the sum of $3,714.95 from the gross recovery for the expenses advanced in the representation of Ms. Loretz on her personal injury claim.

###